981 A.2d 1287

**YOU SONG SECK, Respondent**

v.

**UYKHENG NGY, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 5, 2009.

***ORDER***

PER CURIAM.

**AND NOW,** this 5th day of October, 2009, the Application for Leave to File an Answer to the Brief in Opposition, the Application for Permission to Petition for Extraordinary Relief, the Application for Relief, the Emergency Application for Stay, and the Petition for Allowance of Appeal are hereby **DENIED.**